THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAKE E. COLLINS, | CASE NO. C17-0943-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SETERUS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for the Court to set a status conference (Dkt. No. 14). The Court ORDERS counsel for both parties to appear for a status conference at 9:00 A.M. on October 2, 2018, for the purpose of addressing the lack of cooperation between the parties in negotiating a settlement.

DATED this 25th day of September 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C17-0943-JCC
PAGE - 1