THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAKE E. COLLINS,

        Plaintiff,

  v.

SETERUS, INC.,

        Defendant.

CASE NO. C17-0943-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for continuance of the trial date and pretrial deadlines (Dkt. No. 18). The Court GRANTS the motion and, pursuant to the parties' stipulation, ORDERS that the case schedule be continued as follows:

| Action | Current Deadline | New Deadline |
| --- | --- | --- |
| Trial Date | Oct. 22, 2018 | April 22, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | | October 29, 2018 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | | November 19, 2018 |

MINUTE ORDER
C17-0943-JCC
PAGE - 1

| | | |
|---|---|---|
| Discovery completed by | | December 17, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)) | | January 21, 2019 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | | March 11, 2019 |
| All motions *in limine* must be filed by and noted on the motions calendar no later than the THIRD Friday thereafter | September 28, 2018 | March 25, 2019 |
| Agreed pretrial order due | October 12, 2018 | April 8, 2019 |
| Pretrial conference to be scheduled by the Court | | |
| Proposed *voir dire* questions, jury instructions, neutral statement of the case, and trial exhibits due | October 15, 2018 | April 15, 2019 |
| Trial briefs | October 18, 2018 | April 18, 2019 |

DATED this 9th day of October 2018.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk