THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAKE E. COLLINS, an unmarried man, | CASE NO. C17-0943-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SETERUS, INC., f/k/a IBM LENDER BUSINESS PROCESS SERVICERS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for trial date extension and referral to mediation with a U.S. Magistrate Judge (Dkt. No. 30). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS in part and DENIES in part the motion. The trial date in this matter is hereby CONTINUED from April 22, 2019 to June 3, 2019 at 9:30 a.m.

Under Local Civil Rule 39.1, "[u]nless otherwise ordered by the court, a judicial settlement conference will only be held in a case where the parties have already participated in mediation, but have been unable to reach a settlement." W.D. Wash. Local Civ. R. 39.1(e). The mediation deadline in this case passed on March 11, 2019. (Dkt. No. 19.) It does not appear from

the record that the parties have participated in Rule 39.1 mediation. (*See* Dkt. No. 30.)

Therefore, the Rule 39.1 mediation deadline in this case is hereby EXTENDED to April 26, 2019. If the parties are unable to reach a settlement through Rule 39.1 mediation, they may file a renewed motion for a judicial settlement conference along with a declaration that they have engaged in an unsuccessful mediation.

DATED this 26th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
